September 8, 2015


RE:  State of Texas vs. John Esquivel, D-1-DC-14-301500


Dear Mr. Kyle,

This case was due as of yesterday after a request for an extension was granted. This case seems to have been on a fast track since day one.  I am requesting a second 30-day extension for a couple of reasons.  For starters, even though I feel confident after speaking with the appellate attorney that payment arrangements will be made and they are serious about following through with the appeal, the fact remains that payment arrangements still have not been made.  Further, due to my trial schedule and other transcript deadlines, I would need more time to complete this reporter's record anyway.

Thank you in advance for your consideration to this matter.


Sincerely,

Angela Chambers